UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN SMITH,

    Plaintiff,

    v.

JOHN DOES 1-10 d/b/a Straighttalknews.org,

    Defendants.
_____/

No. C 10-0996 PJH

**ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT**

    Before the court is plaintiff's motion to extend time for service pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff asserts good cause for her motion, because although she promptly began efforts to ascertain the identify of the proper Doe defendants in this action via service of a subpoena on the appropriate third party, she has not yet had sufficient time to complete those efforts.

    The court GRANTS plaintiff's motion to extend time for service, and grants plaintiff until September 8, 2010, in which to effect service of process upon defendant(s).

    Plaintiff is furthermore instructed to include a proposed order with all future motions filed before the court, as required by Civil Local Rule 7-2(c).

**IT IS SO ORDERED.**

Dated: July 16, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge