UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN SMITH,

    Plaintiff,

    v.

JOHN DOES 1-10 d/b/a Straighttalknews.org,

    Defendants.
_____/

No. C 10-0996 PJH

**ORDER AMENDING PRIOR ORDER**

On February 15, 2011, the court issued an order granting plaintiff's request for leave to amend, instructing plaintiff to properly file her proposed first amended complaint within 5 days of entry of the order, and further instructing plaintiff to serve the summons and amended complaint upon all defendants within 30 days of the entry of the order.

The court hereby AMENDS its February 15 order, to reflect the fact that on June 8, 2010, this court granted plaintiff's request to proceed in forma pauperis. Accordingly, service of the summons and complaint is to be performed by officers of the court, rather than plaintiff, pursuant to 28 U.S.C. § 1915(d). The clerk of the court is further instructed to file plaintiff's proposed amended complaint, attached as an exhibit to plaintiff's application to amend the complaint, so that proper service of the summons and amended complaint may be effectuated.

Plaintiff, however, is instructed to respond promptly to any inquiries by officers of the court in their attempt to effect service of process.

The March 24, 2011 case management conference remains vacated. A further

1  CMC will be scheduled in the case once service of process is complete.

3  **IT IS SO ORDERED.**

4  Dated: February 18, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge