UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN SMITH,

    Plaintiff,

    v.

JOHN DOES 1-10, et al.,

    Defendants.

_____/

No. C 10-0996 PJH

**JUDGMENT**

The court having dismissed this case pursuant to Federal Rule of Civil Procedure 4(m),

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 13, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge